## IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,   :   No. 2206 Disciplinary Docket No. 3

            Petitioner    :   No. 154 DB 2015

          v.         :   Attorney Registration No. 3254

RANDOLPH A. SCOTT,     :   (Bucks County)

            Respondent    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of June, 2017, upon consideration of the amended Verified Statement of Resignation, Randolph A. Scott is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, retroactive to November 25, 2015, *see* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).